# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Wolf Szmuness  
Plaintiff

vs.  Case No. 14-0194

Community Medical Center  
Defendant(s)

RECEIVED
FEB 1 1 2014
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COMPLAINT

I. The plaintiff is a resident of New York, New York County, Pennsylvania and a citizen of the United States.

II. The defendant, Community Medical Center, is a resident of Toms River NJ and a citizen of the United States.

## JURISDICTION

III. This court has jurisdiction over this matter pursuant to civil_jurisdiction.

## FACTS

IV. Comes now, the plaintiff Wolf Szmuness, in pro-se, facing imminent danger and bodily harm by the Defendants, Community Medical Center in Toms River area New Jersey. Plaintiff seeks a restraining order and Injunction against the running of the defendants facility. This hospital is run by a bunch of fanatics, terrorist doctors and the Defendants are in a major conspiracy to commit health care fraud by taking stolen people's health insurance policies and billing them without their consent. Defendants hire illegal undocumented immigrants to work as doctors and nurses. Nurses have sex with patients in covert prostitution. Defendants sell organs of patients on the black market. Defendants launder money to support international terrorism. Defendants doctors are convicted felons of sex crimes. Defendants spread AIDs to all patients. Defendants steal medications for personal drug use. Defendants are in the Illuminati, Brotherhood of the snake and plan to systematically kill patients for population control in the New World Order. Defendants IV patients with fluoride. Plaintiff is scared for his life and whistle-blowing to protect Americans from this torture center. Plaintiff prays this court will grant his motion for relief.

**RELIEF**

V. Plaintiff seeks a restraining order and injunction against the running of the defendants facility.

VI. Damages:

**ADDITIONAL INFO**

VII. There is no additional information.

_____
Signature of pro se Plaintiff

1/30/14
_____
Date